Nos. 2183 y 2184. Gandía, Demandante y Apelante, v. Trias et al., Demandados y Apelados.—San Juan, Sección Segunda. Liquidación de la sociedad Gandía & Stubbe, etc. Febrero 26, 1920. *Desistidas las apelaciones.*

No. 1470. El Pueblo, Demandante y Apelado, v. Ramos, Demandado y Apelante.—San Juan, Sección Segunda. Seducción. Febrero 26, 1920. *Confirmada.*

No. 1474. El Pueblo, Demandante y Apelado, v. Rosa (a) Pocholo, Acusado y Apelante.—Asesinato en segundo grado.- San Juan, Sección Segunda. Febrero 26, 1920. *Confirmada.*

No. 2191. Ricci et al., Demandantes y Apelantes v. Merle et al., Demandados y Apelados.—Guayama. Reivindicación. Marzo 2, 1920. *Desestimada.*

No. 2086. Rivera, Demandante y Apelado, v. Martínez, Demandado y Apelante.—Aguadilla. Memorándum de costas en causa por libelo y daños y perjuicios. (Reconsideración.) Marzo 9, 1920. *Sin lugar.*

No. 2094. Rivera, Demandante y Apelado, v. Martínez, Demandado y Apelante.—Aguadilla. Libelo y daños y perjuicios. Marzo 9, 1920. *Sin lugar.*

No. 1486. El Pueblo, Demandante y Apelado, v. Rivera, Acusado y Apelante.—Acometimiento y agresión grave. Ponce. Marzo 9, 1920. *Desistida.*

No. 1494. El Pueblo, Demandante y Apelado, v. Pérez, Acusado y Apelante.—Infracción de la Ley de Pesas y Medidas. Marzo 9, 1920. *Desistida.*

No. 443. Dávila, Recurrente, v. El Registrador de Caguas, Recurrido. — Recurso gubernativo. Marzo 11, 1920. *Dejando sin efecto la resolución de marzo 9, de este Tribunal, se ordena el envío de certificación de todos los asientos y notas del registro.*

No. 2201. Hernández, Demandante y Apelado, v. Burgos, Demandado y Apelante.—Divorcio. Guayama. Marzo 11, 1920. *Desistida.*

No. 1489. El Pueblo, Demandante y Apelado, v. Pérez,

Acusado y Apelante.—Arecibo. Acometimiento y agresión grave. Marzo 15, 1920. *Confirmada.*

No. 22. Rodríguez, Promovente, *v.* Hon. Luis Campillo, Juez de Distrito.—San Juan, Sección Segunda. Auto inhibitorio. Marzo 15, 1920. *Sin lugar.*

No. 2160. Cardosa et al., Demandantes y Apelados, *v.* Ramírez, Demandado y Apelante.—Rescisión de contrato de. arrendamiento. Mayagüez. Marzo 25, 1920. *Desistida.*

No. 2208. Solá, Demandante y Apelada, *v.* Solá, Demandada y Apelante. — Alimentos provisionales. Humacao. Marzo 25, 1920. *Desistida.*

No. 2137. Rodríguez, Demandante y Apelado, *v.* Castro, Demandado y Apelante.—Daños y perjuicios. (Nuevo Juicio.) Mayagüez. Marzo 25, 1920. *Desistida.*

No. 281. Rivera, Peticionario, *v.* Hon. Luis Campillo, Juez de Distrito, Demandado.—San Juan, Sección Primera. *Certiorari.* Marzo 26, 1920. *Sin lugar.*

No. 283. Díaz, Peticionario, *v.* Hon. Luis Campillo, Juez de Distrito, Demandado. — *Certiorari.* San Juan, Sección Primera. Marzo 29, 1920. *Sin lugar.*

No. 282. Boerman, *nee* María L. Fordham, Peticionaria, *v.* Hon. D. Sepúlveda, Juez de Distrito.—Ponce. *Certiorari.* Marzo 30, 1920. *Sin lugar.*

No. 284. Rodríguez, Peticionario, *v.* Hon. E. Lloreda, Juez de Distrito, Demandado.—Arecibo. *Certiorari.* Marzo 30, 1920. *Sin lugar.*

No. 2205. Sucesión Parra, Promovente, *v.* Martínez, Apelado.—San Juan, Sección Primera. Dominio. Marzo 30, 1920. *Desestimada.*

No. 1481. El Pueblo, Apelado, *v.* Torruella, Apelante — Infracción de la Ley de Arbitrios. Marzo 30, 1920. *Confirmada.*

No. 1500. El Pueblo, Apelado, *v.* Ortiz, Apelante.—Acometimiento y agresión con agravantes. San Juan, Sección Segunda. Abril 6, 1920. *Desistida.*

No. 286. Rodríguez, Peticionario, *v.* Lloreda, Juez de